IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>and<br><br>MICHELLE HARTNESS,<br><br>　　　　Plaintiff-Intervenor,<br><br>　v.<br><br>STATE OF WISCONSIN,<br>DEPARTMENT OF MILITARY AFFAIRS,<br><br>　　　　Defendant. | Civil Action No. 3:23-cv-60<br><br>Honorable William M. Conley<br>Magistrate Judge Anita M. Boor |

## JOINT STIPULATION FOR DISMISSAL

It is stipulated and agreed to, by and among the parties, that this action shall be dismissed on its merits, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: _____

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　KAREN D. WOODARD
　　　　　　　　　　　　　　　　　　　Chief
　　　　　　　　　　　　　　　　　　　Employment Litigation Section
　　　　　　　　　　　　　　　　　　　Civil Rights Division

　　　　　　　　　　　　　　　　　　　CLARE GELLER (NY Reg. No. 4087073)
　　　　　　　　　　　　　　　　　　　Deputy Chief
　　　　　　　　　　　　　　　　　　　Employment Litigation Section
　　　　　　　　　　　　　　　　　　　Civil Rights Division

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PATRICIA L. STASCO (DC Bar No. 490041)
　　　　　　　　　　　　　　　　　　　CATHERINE SELLERS (WA Bar No. 44563)

CHRISTINE T. DINAN (DC Bar No. 979762)
Senior Trial Attorneys
YOUNG E. CHOI (CA Bar No. 327027)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, NE, 9th Floor
Washington, D.C. 20530
(202) 305-5455 (Stasco)
(202) 598-0696 (Sellers)
(202) 532-5088 (Dinan)
(202) 598-0168 (Choi)
patricia.stasco@usdoj.gov
catherine.sellers@usdoj.gov
christine.dinan@usdoj.gov
young.choi@usdoj.gov

Counsel for Plaintiff
UNITED STATES OF AMERICA

_____
JILL M. HARTLEY (WI Bar No. 1027926)
EMMA M. WOODS (WI Bar No. 1120187)
The Previant Law Firm S.C.
310 W. Wisconsin Ave., Suite 100
Milwaukee, Wisconsin 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
jh@previant.com
emw@previant.com

Counsel for Plaintiff-Intervenor
MICHELLE HARTNESS


JOSHUA L. KAUL
Attorney General of Wisconsin


_____
SARAH A. HUCK
Assistant Attorney General
State Bar #1036691
RACHEL L. BACHHUBER
Assistant Attorney General

2

        State Bar #1052533
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 266-7971 (Huck)
(608) 294-2907 (Fax)
hucksa@doj.state.wi.us
bachhuberrl@doj.state.wi.us

Counsel for Defendant
STATE OF WISCONSIN DEPARTMENT OF
MILITARY AFFAIRS

3